158 A.3d 78

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**George Wilson WIDMER, Petitioner**

No. 312 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

662

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.